

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00569-CV

DANIEL PAUL RIVERA, RAMON GONZALEZ JR.,
JOEL JARAMILLO, AND MARTIN COLINDREZ
v.
TRANSMAQUILA, INC.

On Appeal from the
404th District Court of Cameron County, Texas
Trial Court Cause No. 2022-DCL-03557

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

February 27, 2025